UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RINGCENTRAL,

          Plaintiff(s),

  v.

BILL QUIMBY, ET AL.,

          Defendant(s).
_____/

No. C 09-02693 JCS

**ORDER TO SHOW CAUSE**

       Pursuant to Civil L.R. 16-2, a case management conference was scheduled on September 25, 2009, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was present. Defendant was not present.

       IT IS HEREBY ORDERED that Defendant Bill Quimby appear on **October 23, 2009, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause why default should not be entered against Defendant Bill Quimby for failure to appear at the case management conference on September 25, 2009, as ordered by the Court.

       IT IS HEREBY FURTHER ORDERED that Defendant Tollfreenumbers.com, Inc., shall appear through counsel on or before **October 23, 2009, at 1:30 p.m.,** in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause why default should not be entered against Defendant Tollfreenumbers.com for failure to "otherwise defend" pursuant to Fed. R. Civ. P. 55(a), and to retain counsel pursuant to Civ. L.R. 3-9(b). Corporations may not appear in this Court, and may not defend this action, except through counsel.

IT IS HEREBY FURTHER ORDERED that case management conference is also scheduled for **October 23, 2009, at 1:30 p.m.** Defendant Bill Quimby may appear by phone for the show cause hearing, and case management conference. Defendant Bill Quimby shall file a letter with the Court one (1) week prior to the hearing date with a contact phone number. The Court will initiate the phone contact.

IT IS SO ORDERED.

Dated: September 29, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge