**\*\*E-filed 04/08/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RINGCENTRAL, INC., | No. C 09-2693 RS |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT** |
| BILL QUIMBY, et al., | |
| Defendants. | |

Plaintiff RingCentral, Inc. moves for default judgment, including entry of a permanent injunction against defendants Bill Quimby and TollFreeNumbers.com, Inc. On February 5, 2010, Judge Spero heard the motion and requested that plaintiff submit certain additional briefing and evidence. On February 26, 2010, Judge Spero issued a Report and Recommendation that the motion for default judgment be granted in part, and denied in part. Docket No. 35. Because defendants have not consented to magistrate jurisdiction, the case was reassigned, and then transferred to the undersigned on March 18, 2010.

No objections *per se* have been filed. Plaintiff, however, has filed a request that the injunctive language recommended by Judge Spero be expanded to require defendants to turn over to plaintiff the two internet domain names at issue. The Court has reviewed Judge Spero's extensive and thorough report and recommendation, adopts it here in full, and adds the provision that defendants will be expressly required to turn over the domain names to plaintiff. Plaintiff requests

that the injunction further provide that if defendants fail to transfer the domain names, then the present registrar of the names will be ordered to effect the transfer.  Plaintiff has not offered authority, however, that it would be appropriate for the Court to enter an order purporting to *require* action to be taken by an entity that has not been party to this action or these proceedings.  Accordingly, the injunction will include language authorizing the registrar to transfer the domain names to plaintiff upon plaintiff's request, but it will not enjoin the registrar to do so upon pain of contempt.  A separate judgment will be entered.

IT IS SO ORDERED.


Dated: 04/08/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Tollfreenumbers.com, Inc.
Attn: Bill Quimby
2517 Rt. 4411-222 Washington Hollow Plaza
Salt Point, NY 12578

Bill Quimby
2517 Rt. 4411-222 Washington Hollow
 PlazaSalt Point, NY 12578

DATED:  04/08/2010

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg