**\*\*E-filed 04/08/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RINGCENTRAL, INC.,

        Plaintiff,

  v.

BILL QUIMBY, et al.,

        Defendants.
_____/

No. C 09-2693 RS

**JUDGMENT**

Based on the order entered herewith adopting the Report and Recommendation regarding plaintiff's motion for default judgment, judgment is hereby entered in favor of plaintiff and jointly and severally against defendants Bill Quimby and TollFreeNumbers.com, Inc. as follows:

1. $400,000 in statutory damages,

2. $32,096.50 in attorney fees, and

3. $791.79 in costs.

Additionally, defendants, their officers, agents, servants, attorneys, employees, privies, successors and assigns, and all holding for and through them, and all persons in active concert or participation with any of them are hereby permanently enjoined from:

(a) Using, displaying, advertising, copying, registering, imitating, or infringing upon the RingCentral marks;

    (b) Using or displaying the RingCentral marks or name or colorable imitations thereof as a business name, domain name or mark in any written, oral or electronic advertisements, including on its www.tollfreenumbers.com website and any other websites owned and/or controlled by defendants;

    (c) From using RingCentral or any other word that is confusingly similar to RingCentral as or as part of any trademark, service mark, brand name, trade name, or other business or commercial designation, in connection with the sale, offering for sale, distribution, advertising or promotion of any product or service;

    (d) Making representations that defendants' products or services are in any way sponsored, approved, authorized or affiliated with plaintiff;

    (e) Otherwise infringing upon plaintiff's RingCentral marks.

Finally, defendants are hereby ordered to disable and transfer the www.800ringcentral.com and www.1800ringcentral.com domain names to plaintiff immediately upon receipt of this order. Further, the register of record, ENOM, Inc. is hereby authorized to transfer these domain names to plaintiff RingCentral, Inc. and to allow plaintiff to transfer the domain names to the registrar of plaintiff's choice, at plaintiff's request and upon being provided a copy of this order, whether or not defendants have authorized the transfer.

IT IS SO ORDERED.

Dated: 04/08/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Tollfreenumbers.com, Inc.
Attn: Bill Quimby
2517 Rt. 4411-222 Washington Hollow Plaza
Salt Point, NY 12578

Bill Quimby
2517 Rt. 4411-222 Washington Hollow
 PlazaSalt Point, NY 12578

DATED:   04/08/2010

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg