**\*\*E-filed 11/19/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RINGCENTRAL, INC.,

          Plaintiff,

  v.

BILL QUIMBY, et al.,

          Defendants.
_____/

No. C 09-2693 RS

**ORDER CONDITIONALLY GRANTING STAY OF ENFORCEMENT OF JUDGMENT**

    Defendants renew their motion for a stay of enforcement of the default judgment entered against them herein, pending a ruling on their pending motion to set aside that judgment.[1] Defendants' prior stay motion was denied without prejudice, and the parties were directed to meet and confer regarding the possibility of reaching a stipulation to set aside the judgment, or, in the alternative, to agree on a mechanism for providing plaintiff security during the pendency of a stay. The parties have been unable to reach any agreement, and plaintiff has continued pursing

---

[1] Defendants' motion pursuant to Civil Local Rule 6-3 to have the renewed stay motion considered forthwith is granted.

enforcement procedures against defendants in New York.[2] Good cause appearing, it is hereby ordered that:

    1. Subject to paragraph 2 below, enforcement of the default judgment entered herein is hereby stayed pending a decision on defendants' motion to set the judgment aside, or further order of court.

    3. During the pendency of the stay, defendant TollFreeNumbers.com, Inc. shall not transfer or dispose of any assets except in the ordinary course of business. Defendant Bill Quimby shall not transfer or dispose of any assets except as required to meet ordinary household and personal expenses and necessities of life. The stay shall become effective immediately upon the filing by defendants of a written consent to these conditions.

IT IS SO ORDERED.

Dated: 11/19/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

[2] Contrary to defendants' assertions, plaintiff has not thereby contravened any prior order of this Court. The parties were directed to attempt to reach an *agreement* that would "protect plaintiff's interests pending a ruling on the motion to set aside the default judgment without causing undue burden or hardship to defendants, and without expending further judicial resources in multiple fora," but plaintiff was not restrained from acting to protect its interests in the event no such agreement was reached. Defendants also suggest that plaintiff has undertaken acts that may not be authorized by New York law. That question is beyond the purview of this Court. It is, however, within the jurisdiction of this Court to determine whether the interests of justice warrant a stay of *any* enforcement of its judgment until the motion to set aside has been decided.

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Bill Quimby**
2517 Rt. 44
11-222 Washington Hollow Plaza
Salt Point, NY 12578

DATED: 11/19/2010

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.