**United States District Court**
For the Northern District of California

**\*\*E-filed 5/9/11\*\***

1

2

3

4

5

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SAN FRANCISCO DIVISION

10

11

12

13 RINGCENTRAL, INC.,                              No. C 09-2693 RS

14                    Plaintiff,

         v.                                       **ORDER DENYING MOTION TO
15                                                 COMPEL**

16 BILL QUIMBY, et al.,

17                    Defendants.

   _____/

18

19

20       Prior to the time defendants' motion to vacate the default judgment was granted, plaintiff

21 moved to compel defendants to produce evidence of their compliance with an order precluding the

22 corporate defendant from transferring or disposing of any assets except in the ordinary course of

23 business, and the individual defendant from doing so except as required to meet ordinary household

24 and personal expenses and necessities of life.  Pursuant to Civil Local Rule 7-1(b), this motion is

25 suitable for disposition without oral argument, and the hearing set for May 26, 2011 is vacated.  In

26 light of the default judgment having been set aside, plaintiff no longer has a cognizable interest in

27 ensuring that defendants complied with the prior order, and it has pointed to no facts to warrant

28

1   departing from the ordinary presumption that court orders have been obeyed.  The motion is

2   therefore denied.

3

4   IT IS SO ORDERED.

5

6

7   Dated: 5/9/11

8                                                                    RICHARD SEEBORG
                                                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California