IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RINGCENTRAL, INC.,            No. C 09-02693 RS

        Plaintiffs,            **STANDBY ORDER OF DISMISSAL**

  v.

BILL QUIMBY, ET AL.,

        Defendants.

_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 27, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 2, 2012, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order my result in dismissal of the case.

IT IS SO ORDERED.

Dated: 3/20/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE